U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAKE CHARLES

MAR 1 7 2009

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| FIRST SPECIALTY INSURANCE CORPORATION | : | DOCKET NO. 07-1813 |
| VS. | : | JUDGE TRIMBLE |
| ARKEL SUGAR, INC. AND LAKE CHARLES CANE LACASSINE MILL, LLC | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

Pursuant to the Memorandum Ruling of this date,

**IT IS ORDERED, ADJUDGED AND DECREED** that the motion for summary judgment (doc. #29) filed by Plaintiff, First Specialty Insurance Corporation, is hereby **GRANTED**; the Court rules in favor of Plaintiff in that First Specialty has no duty to defend or indemnify defendant, Arkel Sugar, Inc., in connection with the lawsuit filed in the 31st Judicial District Court for the Parish of Jefferson Davis entitled *Lake Charles Cane Lacassine Mill, L.L.C. v. Arkel Sugar, Inc.*, docket no. C-154-07.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 17th day of March, 2009.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE